HOUSEHOLD GOODS CARRIERS' BUREAU ᴇᴛ ᴀʟ.
*v.* UNITED STATES ᴇᴛ ᴀʟ.

No. 615.   Decided December 16, 1968.

*Homer S. Carpenter* for appellants.

*Alan F. Wohlstetter* for Household Goods Forwarders Association of America, Inc., et al., intervening defendants below.

*Solicitor General Griswold, Assistant Attorney General Zimmerman, Robert W. Ginnane,* and *Betty Jo Christian* for the United States et al.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motions to affirm are granted and the judgment is affirmed.

OGLE *v.* HEIM, AUDITOR-CONTROLLER OF
COUNTY OF ORANGE.

No. 617.   Decided December 16, 1968.

*Eric A. Rose* for appellant.

*Robert F. Nuttman* for appellee.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.